SCWC-17-0000145

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

GILBERT V. MALABE and DAISY D. MALABE,
Respondents/Plaintiffs-Appellants,

vs.

ASSOCIATION OF APARTMENT OWNERS OF EXECUTIVE CENTRE,
by and through its Board of Directors,
Petitioner/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000145; 1CC161002256)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed June 17, 2020, is corrected as follows:

On page 18, line 12, the word "foreclose" is corrected to read "foreclosure."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, June 18, 2020.

/s/ Sabrina S. McKenna

Associate Justice

